CLERK, U.S. DISTRICT COURT
JUN 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAKE YANEZ,<br><br>    Petitioner,<br><br>v.<br><br>D.K. SISTO, et al.,<br><br>    Respondent. | No. SACV 07-740-SJO (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/18/08

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE